UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRISON VARNES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLECARE SERVICE COMPANY, INC., and APPLE INC.,<br><br>Defendants. | Case No. 1:24-cv-01007-NG-LKE<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: August 28, 2024

Respectfully submitted,

/s/ Darren T. Kaplan
Darren T. Kaplan
KAPLAN GORE LLP
346 Westbury Ave, Ste 200
Carle Place, NY 11514-1654
Tel: (212) 999-7370
dkaplan@kaplangore.com

*Attorney for Plaintiff Harrison Varnes*

/s/ Jennifer Milici
Jennifer Milici (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
jennifer.milici@wilmerhale.com

So Ordered.
/s/ (NG)
October 2, 2024

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
Tel: (212) 937-7294
alan.schoenfeld@wilmerhale.com

*Attorneys for Defendants AppleCare Service Company, Inc. & Apple Inc.*